NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAMIE RENE RAMSEUR,        )
                                      )
      Appellant,         )
                                      )
v.                             )      Case No. 2D17-3143
                                      )
STATE OF FLORIDA,        )
                                      )
      Appellee.          )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.


PER CURIAM.

      Affirmed.


NORTHCUTT, SILBERMAN, and MORRIS, JJ., Concur.